**UNITED STATES of America,**

**Plaintiff–Appellee**

v.

**Derrick ESTELL, Defendant–Appellant.**

**No. 15–1699.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 16, 2015.

Filed: Nov. 20, 2015.

David A. Harris, Aaron L. Jennen, Dustin S. Roberts, U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

Bruce Eddy, Federal Public Defender's Office, Fayetteville, AR, for Defendant–Appellant.

Derrick Estell, Milton, FL, pro se.

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Derrick Estell directly appeals after he pled guilty to two counts of brandishing a firearm in furtherance of a crime of violence, and the district court[1] sentenced him to 32 years in prison. His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that Estell's prison term is substantively unreasonable.[2]

---

1. The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas.

2. Counsel has also filed a letter pursuant to Federal Rule of Appellate Procedure 28(j), citing *Johnson v. United States*, —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015). We conclude that the *Johnson* decision has no bearing on Estell's convictions or sentence.

Upon careful review, we conclude that counsel's argument lacks merit because Estell's prison term, representing the statutory minimum, is not subject to review for reasonableness. *See United States v. Gregg*, 451 F.3d 930, 937 (8th Cir.2006). Furthermore, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.